*John G. Buchanan, Jr.* and *John H. Waters* for appellant.
*A. Jere Creskoff* for appellee.

No. 546.   ROPER *v.* UNITED STATES ET AL.   C. A. 4th
Cir.   Certiorari granted.   *Sidney H. Kelsey* for peti-
tioner.   *Solicitor General Rankin, Acting Assistant Attor-
ney General Leonard* and *Alan S. Rosenthal* for the
United States.

No. 480, Misc.   LURK *v.* UNITED STATES.   Motion for
leave to proceed *in forma pauperis* and petition for writ
of certiorari to the United States Court of Appeals for the
District of Columbia Circuit granted.   Case transferred
to the appellate docket.   *Eugene Gressman* for petitioner.
*Solicitor General Rankin, Assistant Attorney General
Wilkey* and *Beatrice Rosenberg* for the United States.

No. 577.   SMITH, DISTRICT DIRECTOR OF UNITED
STEELWORKERS OF AMERICA, ET AL. *v.* SUPERIOR COURT OF
CALIFORNIA FOR LOS ANGELES COUNTY ET AL.   Supreme
Court of California.   Certiorari denied.   *Jerome Smith*
and *Eugene S. Ives* for petitioners.   *Theodore G. Lee* for
Anthony J. Guzzo, respondent.

No. 579.   TRIBORO SCOW CORP. *v.* M. F. HICKEY Co.,
INC., ET AL.   C. A. 2d Cir.   Certiorari denied.   *Edmund F.
Lamb* for petitioner.   *Martin J. McHugh* for M. F. Hickey
Co., Inc., respondent.

No. 530, Misc.   BETHEA *v.* UNITED STATES.   United
States Court of Appeals for the District of Columbia Cir-
cuit.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Rankin, Assistant Attorney General Wilkey* and
*Beatrice Rosenberg* for the United States.